U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUN 1 4 2018

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. § 871(a) |
| | * | |
| VERSUS | * | |
| | * | 2:18-cr-00135 |
| | * | Unassigned District Judge |
| | * | Magistrate Judge Kay |
| BUDDY KEITH MYERS | * | |

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

**THREAT AGAINST THE PRESIDENT**
**[18 U.S.C. § 871(a)]**

Beginning on or about February 12, 2018, and ending on or about March 10, 2018, in the Western District of Louisiana, the defendant, BUDDY KEITH MYERS, did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, in violation of Title 18, United States Code, Section 871(a).   [18 U.S.C. § 871(a)].

A TRUE BILL:

**REDACTED**
GRAND JURY FOREPERSON

DAVID C. JOSEPH
United States Attorney

_____
T. FORREST PHILLIPS
(AL Bar #3736E29R)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501, (337) 262-6618